# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Proud, Clifford J. | Southern District of Illinois | 06/29/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-Time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
750 Missouri Avenue, Suite 303
East St. Louis, IL 62201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 (H) | | | | | | | | | |
| 2.  Wells Fargo Bank Deposit Sweep (cash) (X) | A | Interest | J | T | | | | | |
| 3.  American Balanced Fund (ABALX) | A | Dividend | | | Sold | 08/29/17 | J | | |
| 4.  Bond Fund of America Inc (ABNDX) (Y) | | | | | | | | | |
| 5.  Capital Income Bldr Fund (CAIBX) | A | Dividend | | | Sold | 08/29/17 | K | | |
| 6.  Europacific Growth Fund (AEPGX) | A | Dividend | | | Sold | 08/29/17 | K | | |
| 7.  Growth Fund of America (AGTHX) | A | Dividend | | | Sold | 08/29/17 | K | | |
| 8.  Income Fund of America (AMECX) | A | Dividend | | | Sold | 08/29/17 | J | | |
| 9.  Investment Co. of America Fund (AIVSX) | A | Dividend | | | Sold | 08/29/17 | K | | |
| 10.  New World Fund (NEWFX) | A | Dividend | | | Sold | 08/29/17 | J | | |
| 11.  Small Cap World Fund (SMCWX) | A | Dividend | | | Sold | 08/29/17 | K | | |
| 12.  Air Products & Chemicals (APD) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 13.  Alerian MLP (AMLP) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 14.  American Electric Power (AEP) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 15.  Anheuser Busch Inbev (BUD) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 16.  Cisco Systems (CSCO) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 17.  Cracker Barrel (CBRL) | A | Dividend | J | T | Buy | 08/31/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Edison Intl (EIX) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 19. Global X Fund (MLPA) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 20. Grainger WW (GWW) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 21. Home Depot (HD) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 22. Illinois Tool Works (ITW) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 23. iShares IBOXX Inv Gr Corp Bd (LQD) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 24. iShares Core US Agg Bond (AGG) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 25. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 26. Kimberly Clark (KMB) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 27. Lamar Advertising A (LAMR) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 28. National Retail Pptys (NNN) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 29. New Mountain Finance (NMFC) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 30. People's United Financial (PBCT) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 31. Pimco 0-5 Yr High Yield Corp Bd Fd (HYS) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 32. Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 33. Powershares High Yield Corp Bond Port (PHB) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 34. Procter & Gamble (PG) | A | Dividend | J | T | Buy | 08/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Progressive Corp (PGR) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 36. Rockwell Automation (ROK) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 37. SPDR Bloomberg Barclays High Yield Bd Fd (JNK) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 38. Spire Inc (SR) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 39. TCP Capital (TCPC) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 40. TPG Specialty Lending (TSLX) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 41. US Bancorp (USB) | A | Distribution | J | T | Buy | 08/31/17 | J | | |
| 42. VF Corporation (VFC) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 43. Vanguard Intermed Corp Bond (VCIT) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 44. Vanguard Short Term Corp Bond (VCSH) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 45. Verizon Communications (VZ) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 46. Wal-Mart Stores (WMT) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 47. Watsco Inc (WSO) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 48. Xcel Energy (XEL) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 49. Anheuser-Busch Inbev Corp Bond (035242AE6) | A | Interest | J | T | Buy | 08/31/17 | J | | |
| 50. General Electric Corp Bond (369604BQ5) | A | Interest | J | T | Buy | 08/31/17 | J | | |
| 51. PNC Financial Var Perp-Ser P-Call (PNC'P) | A | Dividend | J | T | Buy | 08/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Reinsurance Group PFD 10-Yr Fixed to Float (RZA) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 53. US Bancorp Perp Call Var (USB'M) | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 54. IRA #2 (H) | | | | | | | | | |
| 55. Wells Fargo Bank Deposit Sweep (cash) (X) | A | Interest | J | T | | | | | |
| 56. American Tower Corp (AMT) | A | Dividend | | | Sold | 06/28/17 | K | D | |
| 57. Apple Inc (AAPL) | A | Dividend | | | Sold | 09/05/17 | L | E | |
| 58. Monsanto Corp (MON) | A | Dividend | | | Sold | 09/05/17 | J | D | |
| 59. American Balanced Fund (ABALX) | A | Dividend | | | Sold | 08/29/17 | L | D | |
| 60. Capital Income Bldr Fund (CAIBX) (X) | B | Dividend | | | Sold | 08/29/17 | L | D | |
| 61. Income Fund of America (AMECX) (X) | B | Dividend | | | Sold | 08/29/17 | L | D | |
| 62. Transamerica Income SHS (TAI) | C | Dividend | | | Sold | 08/29/17 | L | D | |
| 63. Washington Mutual Investors Fund (AWSHX) | C | Int./Div. | | | Sold | 08/29/17 | M | E | |
| 64. Alpine Global Partners (AWP) (X) | B | Dividend | | | Sold | 09/05/17 | K | | |
| 65. Calamos Global Dynamic Income Fund (XCHWX) | C | Interest | | | Sold | 09/05/17 | K | C | |
| 66. Cohen & Steers Quality Income Realty Fund (RQI) (X) | B | Dividend | | | Sold | 09/05/17 | K | B | |
| 67. Morgan Stanley Emerging Mkts Debt Fund (MSD) | B | Dividend | | | Sold | 09/05/17 | J | | |
| 68. Tortoise Power & Energy (TPZ) | B | Dividend | | | Sold | 09/05/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bank of America PFD DEP SHS (BML'L) (X) | A | Interest | | | Sold | 09/05/17 | J | B | |
| 70. Teekay Offshore Partners (TK) (Y) | | | | | | | | | |
| 71. Permian Basin RTY Trust (PBT) (Y) | | | | | | | | | |
| 72. A O Smith (AOS) | A | Distribution | J | T | Buy | 09/05/17 | J | | |
| 73. Affiliated Managers Group (AMG) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 74. AMC Networks Inc (AMCX) | | None | J | T | Buy | 09/05/17 | J | | |
| 75. Amerco (UHAL) | | None | J | T | Buy | 09/05/17 | J | | |
| 76. Amgen (AMGN) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 77. Analog Devices (ADI) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 78. ARTHUR J GALLAGHER & CO (AJG) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 79. AT&T (T) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 80. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 81. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 82. AXA - ADR (AXAHY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 83. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 84. BASF SE (BASFY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 85. | | | | | Buy (add'l) | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Big Lots Inc (BIG) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 87. BK Nova Scotia Halifax (BNS) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 88. Booz Allen (BAH) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 89. BRITISH AMERN TOB (BTI) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 90. BRUNSWICK CORP (BC) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 91. CENTENE CORP (CNC) | | None | J | T | Buy | 09/05/17 | J | | |
| 92. CHECK POINT SOFTWARE (CHKP) | | None | J | T | Buy | 09/05/17 | J | | |
| 93. CHEVRON CORPORATION (CVX) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 94. CHURCH & DWIGHT (CHD) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 95. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 96. COCA-COLA COMPANY (KO) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 97. COCA-COLA EUROPEAN (CCE) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 98. COMMONWEALTH BANK OF AUSTRALIA (CMWAY) | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 99. COMPASS GRP PLC ADR (CMPGY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 100. CORELOGIC INC (CLGX) | | None | J | T | Buy | 09/05/17 | J | | |
| 101. CORESITE REALTY CORP (COR) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 102. CULLEN FROST BANKERS INC (CFR) | A | Dividend | J | T | Buy | 09/05/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  CVS HEALTH (CVS) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 104.  DEUTSCHE BOERSE AG (DBOEY) | A | Dividend | | | Buy | 09/05/17 | J | | |
| 105. | | | | | Sold | 11/08/17 | J | | |
| 106.  DIAGEO PLC (DEO) | A | Dividend | | | Buy | 09/05/17 | J | | |
| 107. | | | | | Sold | 12/13/17 | J | A | |
| 108.  DOMINION ENERGY INC (D) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 109.  DUKE ENERGY CORP (DUK) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 110.  EASTGROUP PPTYS INC (EGP) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 111.  ELI LILLY & CO (LLY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 112.  EXXON MOBIL CORP (XOM) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 113.  FACTSET RESEARCH SYSTEMS (FDS) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 114.  FERGUSON PLC (FERGY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 115.  FIRST REPUBLIC BANK (FRC) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 116.  GLAXOSMITHKLINE PLC (GSK) | A | Dividend | | | Buy | 09/05/17 | J | | |
| 117. | | | | | Sold | 12/13/17 | J | | |
| 118.  GRACO INC (GGG) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 119.  HALYARD HEALTH INC (HYH) | | None | J | T | Buy | 09/05/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HASBRO INC (HAS) | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 121. HILL-ROM HOLDINGS (HRC) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 122. HUBBELL INC (HUBB) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 123. HUNTINGTON INGALLS (HII) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 124. ICON PLC (ICLR) | | None | J | T | Buy | 09/05/17 | J | | |
| 125. Ing Group N V (ING) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 126. INGREDION INC (INGR) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 127. INTEL CORP (INTC) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 128. ISHARES CORE S&P MIDCAP (IJH) | A | Dividend | K | T | Buy | 09/05/17 | J | | |
| 129. ISHARES CORE S&P SMALLCAP (IJR) | A | Dividend | K | T | Buy | 09/05/17 | J | | |
| 130. JAPAN TOBACCO INC (JAPAY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 131. JAZZ PHARMACEUTICALS (JAZZ) | | None | J | T | Buy | 09/05/17 | J | | |
| 132. JP MORGAN CHASE (JPM) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 133. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 134. KANSAS CITY SOUTHERN (KSU) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 135. KONINKLIJKE PHILIPS (PHG) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 136. LAS VEGAS SANDS CORP (LVS) | A | Dividend | J | T | Buy | 09/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. LOCKHEED MARTIN CORP (LMT) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 138. LVMH MOET HENNESSY (LVMUY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 139. LYONDELLBASELL (LYB) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 140. MANHATTAN ASSOCIATES INC (MANH) | | None | J | T | Buy | 09/05/17 | J | | |
| 141. MARKEL CORP (MKL) | | None | J | T | Buy | 09/05/17 | J | | |
| 142. MATCH GROUP (MTCH) | | None | J | T | Buy | 09/05/17 | J | | |
| 143. MERCK & CO INC (MRK) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 144. MICROSEMI CORP CL A (MSCC) | | None | J | T | Buy | 09/05/17 | J | | |
| 145. MICROSOFT CORP (MSFT) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 146. MKS INSTRUMENTS (MKSI) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 147. NESTLE S A REG ADR (NSRGY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 148. NEXTERA ENERGY INC (NEE) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 149. NIELSEN HOLDINGS (NLSN) | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 150. NOVARTIS AG (NVS) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 151. NTT DOCOMO INC (DCM) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 152. PACKAGING CORP OF AMER (PKG) | A | Dividend | K | T | Buy | 09/05/17 | K | | |
| 153. PEBBLEBROOK HOTEL (PEB) | A | Dividend | J | T | Buy | 09/05/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PENTAIR PLC (PNR) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 155. PFIZER INC (PFE) | A | Dividend | | | Buy | 09/05/17 | J | | |
| 156. | | | | | Sold | 11/08/17 | J | A | |
| 157. PHILIP MORRIS (PM) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 158. POWERSHARES S&PSMALLCAP MATERIALS (PSCM) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 159. POWERSHARES S&P SMALLCAP INFORMATION TECHNOLOGY (PSCT) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 160. POWERSHARES S&PSMALLCAP HEALTH CARE PORTFOLIO (PSCH) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 161. PROCTER & GAMBLE CO (PG) | A | Dividend | | | Buy | 09/05/17 | J | | |
| 162. | | | | | Sold | 11/08/17 | J | | |
| 163. PRUDENTIAL PLC (PUK) | A | Dividend | | | Buy | 09/05/17 | J | | |
| 164. | | | | | Sold | 09/26/17 | J | | |
| 165. PUBLIC SVC ENTERPRISE (PEG) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 166. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 167. PUBLICIS GROUP (PUBGY) | A | Dividend | J | T | Buy | 12/14/17 | J | | |
| 168. QUALCOMM INC (QCOM) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 169. RECKITT BENCKISER (RBGLY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 170. REGENCY CENTERS (REG) | A | Dividend | J | T | Buy | 09/05/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. REINSURANCE GROUP OF AM (RGA) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 172. ROCHE HOLDINGS (RHHBY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 173. ROYAL DUTCH SHELL (RDS/A) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 174. SANOFI ADR (SNY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 175. SIEMENS AG (SIEGY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 176. SL GREEN RLTY CORP (SLG) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 177. SUNCOR ENERGY (SU) | A | Dividend | | | Buy | 09/05/17 | J | | |
| 178. | | | | | Sold | 12/13/17 | J | A | |
| 179. TE CONNECTIVITY (TEL) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 180. TELENOR ASA-ADS (TELNY) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 181. THOR INDUSTRIES (THO) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 182. TORONTO DOMINION BANK (TD) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 183. TELSTRA CORPORATION LTD (TLS) | | None | | | Buy | 09/05/17 | J | | |
| 184. | | | | | Sold | 09/26/17 | J | | |
| 185. TOTAL S.A. (TOT) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 186. TRANSCANADA CORP (TRP) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 187. TRUSTMARK CORP (TRMK) | A | Dividend | J | T | Buy | 09/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. UNILEVER N V (UN) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 189. US SILICA HOLDINGS (SLCA) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 190. USG CORP (USG) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 191. VEOLIA ENVIRONMT (VEOEY) | A | Dividend | | | Buy | 09/05/17 | J | | |
| 192. | | | | | Sold | 12/13/17 | J | A | |
| 193. XPERI CORP (XPER) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 194. BROKERAGE #1 (H) | | | | | | | | | |
| 195. Wells Fargo Bank Deposit Sweep (cash) (X) | A | Interest | N | T | | | | | |
| 196. Amgen Inc (AMGN) | A | Dividend | K | T | | | | | |
| 197. Archer Daniels Midland (ADM) | A | Dividend | K | T | | | | | |
| 198. AT & T Corp (T) | A | Dividend | K | T | | | | | |
| 199. BP PLC (BP) | A | Dividend | J | T | | | | | |
| 200. Commerce Bancshares Inc (CBSH) | A | Dividend | K | T | | | | | |
| 201. Corcept Therapeuticx Inc (CORT) | A | Dividend | J | T | | | | | |
| 202. Delek Logistics Partners LP (DKL) | A | Dividend | J | T | | | | | |
| 203. Emerson Electric Corp (EMR) | A | Dividend | K | T | | | | | |
| 204. Express Scripts Hldg Co (ESRX) | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 206. I Shares EMKT Index (EEM) | A | Dividend | K | T | | | | | |
| 207. I Shares EAFE Index (EFA) | B | Distribution | L | T | | | | | |
| 208. Lowes Companies Inc (LOW) | A | Distribution | K | T | | | | | |
| 209. Merck Common (MRK) | A | Dividend | K | T | | | | | |
| 210. Mondeleez Intl Inc (MDLZ) | A | Dividend | J | T | | | | | |
| 211. Norfolk Southern Corp (NSC) (X) | A | Dividend | K | T | | | | | |
| 212. Qualcomm Inc (QCOM) | A | Dividend | J | T | | | | | |
| 213. Redwood Trust Inc (RWT) | A | Dividend | J | T | | | | | |
| 214. S&P Deposit Receipts (SPY) | B | Dividend | M | T | | | | | |
| 215. Target Corp (TGT) | A | Dividend | J | T | | | | | |
| 216. Total SA Spons ADR (TOT) | A | Dividend | J | T | | | | | |
| 217. Lord Abbet Mun Income Tax Free (LISAX) (X) | A | Dividend | K | T | | | | | |
| 218. Tax Exempt Bond Fund of America (AFTEX) | B | Interest | L | T | | | | | |
| 219. Alpine Global Partners (AWP) | A | Dividend | J | T | | | | | |
| 220. Cohen & Steers Quality Income Realty Fund (RQI) | B | Dividend | K | T | | | | | |
| 221. Nuveen Dividend Mun Fd 2 (NZF) | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Bank of America PFD DEP SHS (BML.PL) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Proud, Clifford J. | 06/29/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Clifford J. Proud**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544